# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARIA ELENA YURIK,<br>                    Appellant,<br>vs.<br>JOHN LEONARD YURIK,<br>                    Respondent. | No. 74986 |

**FILED**

JAN 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a decree of divorce. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

On September 10, 2018, we entered an order directing appellant to file and serve a fast track statement by October 22, 2018.[1] We cautioned that failure to file the fast track statement by the deadline could result in the dismissal of this appeal.

Appellant did not file the fast track statement or otherwise communicate with this court. Accordingly, on November 9, 2018, we entered an order directing appellant to file and serve the fast track statement by November 20, 2018.[2] We again cautioned that failure to comply could result in the dismissal of this appeal. To date, appellant has failed to file the fast track statement. Although appellant called the clerk of this court on November 30, 2018, and indicated that she would be filing

---

[1]A copy of this order is attached.

[2]A copy of this order is attached.

19-02373

a motion for an extension of time, she has not filed such a motion. Accordingly, it appears that appellant has abandoned this appeal and we ORDER this appeal DISMISSED.

_____ Pickering , J.
     Pickering

_____ , J.
     Parraguirre

_____ , J.
     Cadish

cc:  Hon. Rena G. Hughes, District Judge, Family Court Division
   Carolyn Worrell, Settlement Judge
   Smith Legal Group
   Maria Elena Yurik
   Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA ELENA YURIK,
     Appellant,
    vs.
JOHN LEONARD YURIK,
     Respondent.

No. 74986

**FILED**

SEP 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER REINSTATING BRIEFING*

On June 8, 2018, we entered an order granting appellant's counsel's motion to withdraw. We directed appellant, by July 9, 2018, to either (1) retain new counsel and cause new counsel to file a notice of appearance in this court, or (2) inform this court, in writing, that she will not be retaining new counsel and will be proceeding in pro se. Our order stated that if appellant failed to comply, the appeal would proceed with appellant in pro se. To date, no new counsel has filed a notice of appearance and appellant has not responded to our order. Accordingly, this appeal shall proceed with appellant in pro se.

Appellant shall have 11 days from the date of this order to file and serve a transcript request form or a certificate that no transcripts are being requested. *See* NRAP 9. Appellant shall have 20 days from the date of this order to file a docketing statement in compliance with NRAP 14. Appellant shall have 40 days from the date of this order to file and serve a fast track statement that complies with NRAP 3E. No appendix may be filed. NRAP 3E(d)(5). The clerk shall provide appellant with a blank

18-35253

docketing statement and pro se child custody fast track statement form. We caution appellant that failure to file the fast track statement by the deadline may result in the dismissal of this appeal.

It is so ORDERED.

_____, C.J.

cc:   Smith Legal Group
       Maria Elena Yurik

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARIA ELENA YURIK,<br><br>                    Appellant,<br>vs.<br>JOHN LEONARD YURIK,<br><br>                    Respondent. | No. 74986<br><br>**FILED**<br><br>NOV 09 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S Young<br>DEPUTY CLERK |

## *ORDER TO FILE FAST TRACK STATEMENT*

On September 10, 2018, we entered an order directing appellant to file and serve the fast track statement by October 22, 2018. To date, appellant has failed to comply with our order or otherwise communicate with this court.

Appellant shall, within 11 days from the date of this order, file and serve the fast track statement. Failure to comply with this order may result in the dismissal of this appeal as abandoned.

It is so ORDERED.

_____, C.J.

cc:    Smith Legal Group
       Maria Elena Yurik

18-903633